IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE:

VULGAMORE, NICOLAS CHARLES         CASE NO: 19-41464-7
VULGAMORE, AMANDA RENEE

      Debtors.

**MOTION FOR AUTHORITY TO SELL PERSONAL PROPERTY
FREE AND CLEAR OF LIENS; NOTICE OF INTENDED SALE**

      COMES now the Trustee, Darcy D. Williamson, and moves the Court for authority to sell the following described personal property. Upon Court authority approving said sale, notice is hereby given by the Trustee pursuant to 11 U.S.C. § 363(f), of the intended sale of all right, title and interest of the debtors and estate in and to the following described personal property:

      **(1) 2019 Polaris, RZR-19, Turbo, PS, TTNM, VIN 3NSVDE924KF774038**

      1. That the proposed sale of property listed above will be sold at public auction to be held at 101 W. 29th N., Wichita, Kansas, at 6:00 P.M. on the **3rd day of April, 2020** or at a later date without further notice at the auctioneer's and trustee's discretion.

      2. That the property listed above has not been claimed as exempt by the Debtors or any other persons entitled to assert Debtors' exemptions under the federal or state law.

      3. That the sale of ALL property will be free and clear of all liens and encumbrances of record pursuant to 11 U.S.C. § 363(f), except for:

      The lien of any party claiming a valid perfected security interest in or a part of the whole of this property, if any, shall attach to sale proceeds less administrative costs. The Trustee is not aware of any lien(s) on the above described property. The parties have entered a Joint Stipulation wherein lender agrees its interest is not perfected.

      4. The sale of the above property will be sold in its present condition with no express or implied warranties, and the purchaser or purchasers are to accept the property in its present condition with no statements or representation concerning its present condition. Sale includes all property above described.

      5. That the Trustee will sell the above described property on the sale date indicated above unless a party in interest files an objection with the Clerk of the U.S. Bankruptcy Court, by the time indicated for filing objections.

1

6. The Trustee will employ Bud Palmer Auction as auctioneer for the estate to conduct the public auction. The auctioneer estimates the sale proceeds to be $12,000.00 to $15,000.00. The auctioneer is bonded by Liberty Mutual Insurance in the amount of $100,000.00.

7. Sale proceeds shall be distributed as follows:

    a. Payment of 15% auctioneer commissions to Bud Palmer Auction, estimated to be $1,800.00 plus payment of pickup and moving expenses, estimated to be $400.00 and payment of all necessary and reasonable costs of sale, to include advertising estimated to be $50.

    b. Pursuant to 11 U.S.C. § 330, Darcy D. Williamson will also request at a later date court approval of reasonable attorney fees and out-of-pocket expenses incurred in this case, including copy costs of $29.00 and postage costs of $21.90 for costs of this notice. The Trustee will also seek reimbursement of $181.00 for the payment of filing fees associated with this motion. Darcy D. Williamson will also receive Trustee commissions pursuant to 11 U.S.C. § 326 on funds collected and administered herein.

    c. The balance of funds remaining will be distributed according to law.

8. This notice is given to enable parties in interest to object to the sale. Any objection must be in writing, giving the Debtors' name, case number and stating that the party filing the objection has an interest in the case and the reason for the objection. If no objection is made to the sale, the sale will take place according to the terms as set forth herein. **All objections must be filed with the Clerk of the Bankruptcy Court, 444 SE Quincy, Rm 240, Topeka, Kansas 66683 on or before the 30th day of March , 2020**, and a copy served upon the Trustee, Darcy D. Williamson, 1109 SW Westside Drive, Topeka, KS 66615 and Bud Palmer Auction, 101 W. 29th St. N, Wichita, Kansas 67204. **If no objections are timely filed the Trustee will submit an Order Approving Sale without further notice.**

9. Should any objections be filed, the same will be heard on the **14th day of April, 2020, at 11:00 A.M.** before the United States Bankruptcy Court, 444 SE Quincy, Rm 210, Topeka, KS.

10. The estate is covered by a blanket bond. After receipt of the sale proceeds all estate funds will be fully bonded.

11. Upon entry of an Order approving sale, the State of Kansas Revenue Department (Titles and Registration), the Kansas Highway Patrol or any other appropriate state or county department or agency of Kansas is hereby ordered to issue unto Darcy D. Williamson, Trustee and/or her agent Bud Palmer Auction an original or duplicate title or any appropriate title (such as a non-highway title ) or documents in the name of "Darcy D. Williamson, Trustee of the Bankruptcy Estate of Nicolas Charles and Amanda Renee Vulgamore" for the item described above. The titles shall be free and clear of any lien notation as requested by the Trustee so the Trustee may complete the §363 sale transaction.

s/ Darcy D. Williamson
DARCY D. WILLIAMSON, Trustee
Williamson Law Office
Attorney # 11337
1109 SW Westside Drive
Topeka  KS  66615
(785) 233-9908
trustee@williamson-law.net

3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE:

VULGAMORE, NICOLAS CHARLES     CASE NO: 19-41464-7
VULGAMORE, AMANDA RENEE

       Debtors.

**CERTIFICATE OF SERVICE**

The undersigned does hereby certify that a true and correct copy of the foregoing **MOTION FOR AUTHORITY TO SELL PERSONAL PROPERTY FREE AND CLEAR OF LIENS; NOTICE OF INTENDED SALE** was filed electronically on March 6, 2020, with the United States Bankruptcy Court for the District of Kansas, and shall be served on parties in interest via e-mail by the Court pursuant to CM/ECF as set out on the Notice of Electronic Filing as issued by the Court and shall be served by U.S. Mail, First Class, postage prepaid, on those parties listed below, to all scheduled creditors/all creditors filing claims including and on those parties directed by the Court on the Notice of Electronic Filing issued by the Court and as required by the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court for the District of Kansas.

Office of the U.S. Trustee
301 N Main, Ste 1150
Wichita KS 67202

Bud Palmer Auction
101 W. 29th St. N
Wichita, Kansas 67204

Property Valuation Director
State Office Building
Topeka, KS 66612

Kansas Department of Labor
Attn: Legal Services
401 SW Topeka Blvd.
Topeka, KS 66603-3182

Office of the U.S. Attorney
U.S. Courthouse, Suite 290
444 SE Quincy
Topeka, KS 66683

Internal Revenue Service
PO Box 7346
Philadelphia   PA   19101-7346

Internal Revenue Service
Mail Stop 5334
Advisory/Insolvency
2850 NE Independence Ave
Lee's Summit   MO   64664

Kansas Dept. of Revenue
Civil Tax Enforcement
PO Box 12005
915 SW Harrison
Topeka, KS  66612

Kansas Department of Revenue
Titles and Registration
Docking State Office Building
Topeka, KS 66601-2021

4

Case 19-41464   Doc# 35   Filed 03/06/20   Page 4 of 6

Franklin County Treasurer
315 S Main, St.,
Ottawa, KS 66067

Mr. John Sparks
Chief Special Procedures Branch
Internal Revenue Service
Robert A. Young Building
1222 Spruce Street
Mail Stop 5020 STL
St. Louis, MO 63103

Chris W. Steffens
840 Connecticut, Suite D
Lawrence, KS 66044

Nicholas Charles Vulgamore
112 S McGinnis Ave
Rantoul, KS 66079

Amanda ReneeVulgamore
1627 F Osage Drive
Ottawa KS 66067

Adam C. Jones and Nichlas P. Spallas
Spallas Jones, PLLC
PO Box 64090
Tucson, AZ 85728-4090

All parties on the attached Creditor Matrix


s/ Darcy D. Williamson
DARCY D. WILLIAMSON, Trustee
Williamson Law Office
Attorney # 11337
1109 SW Westside Drive
Topeka KS 66615
(785) 233-9908
trustee@williamson-law.net

6