IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE:

CASE # 19-41464-7

VULGAMORE, NICOLAS CHARLES
VULGAMORE, AMANDA RENEE

Debtor.

**REPORT OF SALE OF PERSONAL PROPERTY**

The Trustee filed a Motion for Authority to Sell Personal Property Free and Clear of Liens; and Notice of Intended Sale, and an Order was entered thereon. The Trustee, Darcy D. Williamson, appears in person. There are no other appearances.

The Trustee serves notice that:

1. Darcy D. Williamson is the duly appointed acting trustee in this case and was by prior Court Order authorized to sell estate property pursuant to 11 U.S.C. §363. The property sold was **(1) 2019 Polaris, RZR-19, Turbo, PS, TTNM, VIN 3NSVDE924KF774038**.

2. On April 3, 2020, Darcy D. Williamson, sold the property listed in her Motion and on her Order Authorizing and Allowing Trustee Sale of Personal Property. The property was sold to the buyers listed on the Auctioneer's Report (a copy is attached hereto) for the total sum of $13,615.00. Said sale was per 11 U.S.C. §363 and all property was sold free and clear of all liens and encumbrances.

3. With the exception of attorney's fees and expenses and Trustee's fees and expenses (no disbursement has yet been made), the Trustee will distribute funds in accordance with the terms and provisions of the Order Authorizing and Allowing Trustee Sale of Personal Property. The sale and disbursements are fair and reasonable and in the best interest of the estate.

SUBMITTED AND APPROVED:


s/ Darcy D. Williamson
DARCY D. WILLIAMSON, Trustee
Williamson Law Office
Attorney # 11337
1109 SW Westside Drive
Topeka  KS  66615
(785) 233-9908
trustee@williamson-law.net