# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 19-41464-7 DLS  
**Case Name:** VULGAMORE, NICOLAS CHARLES  
VULGAMORE, AMANDA RENEE  
**Period Ending:** 09/30/20

**Trustee:** (360070) DARCY D. WILLIAMSON  
**Filed (f) or Converted (c):** 11/26/19 (f)  
**§341(a) Meeting Date:** 12/30/19  
**Claims Bar Date:** 04/13/20

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 112 S McGinnis Ave, Rantoul, KS | 49,000.00 | 0.00 | | 0.00 | FA |
| 2 | 2019 Ford Mustang GT Premium | 40,450.00 | 0.00 | | 0.00 | FA |
| 3 | 2018 Dodge Grand Caravan GT | 19,000.00 | 0.00 | | 0.00 | FA |
| 4 | 2004 Pontiac Montana | 160.00 | 0.00 | | 0.00 | FA |
| 5 | 1998 Buick LeSabre | 1,000.00 | 0.00 | | 0.00 | FA |
| 6 | 1976 Chevrolet K10 Custom Deluxe | 4,000.00 | 0.00 | | 0.00 | FA |
| 7 | 1968 Jeep Jeepster | 300.00 | 0.00 | | 0.00 | FA |
| 8 | Polaris RZR-19 Turbo | 17,000.00 | 11,122.75 | | 13,615.00 | FA |
| 9 | Household goods | 2,500.00 | 0.00 | | 0.00 | FA |
| 10 | Electronics | 1,000.00 | 0.00 | | 0.00 | FA |
| 11 | Clothes | 1,000.00 | 0.00 | | 0.00 | FA |
| 12 | Jewelry | 250.00 | 0.00 | | 0.00 | FA |
| 13 | Two dogs | Unknown | 0.00 | | 0.00 | FA |
| 14 | Arvest Bank checking xxxx2707 | 0.00 | 0.00 | | 0.00 | FA |
| 15 | Mid America Bank checking | 24.68 | 0.00 | | 0.00 | FA |
| 16 | Meritrust Credit Union Savings | 25.00 | 0.00 | | 0.00 | FA |
| 17 | John Hancock 401(k) | Unknown | 0.00 | | 0.00 | FA |
| 18 | Surgical Care Affiliates Retirement Investment | Unknown | 0.00 | | 0.00 | FA |
| 19 | Child support | Unknown | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 19-41464-7 DLS  
**Case Name:** VULGAMORE, NICOLAS CHARLES  
VULGAMORE, AMANDA RENEE  
**Period Ending:** 09/30/20

**Trustee:** (360070) DARCY D. WILLIAMSON  
**Filed (f) or Converted (c):** 11/26/19 (f)  
**§341(a) Meeting Date:** 12/30/19  
**Claims Bar Date:** 04/13/20

| 1 Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 20 | 2019 Federal & State Earned Income Credit | Unknown | 0.00 | | 0.00 | FA |
| 21 | 2019 Federal & State Tax Refund | Unknown | 6,381.72 | | 6,381.72 | FA |
| 22 | Term life on Debtor 1 and dependents | Unknown | 0.00 | | 0.00 | FA |
| 23 | Term life on Debtor 2 and dependents | Unknown | 0.00 | | 0.00 | FA |
| 23 | **Assets** **Totals** (Excluding unknown values) | **$135,709.68** | **$17,504.47** | | **$19,996.72** | **$0.00** |

**Major Activities Affecting Case Closing:**

Per letter debtor's attorney, received copies of 2019 tax returns and turnover of refunds as well as, pictures of and loan documents for the Polaris RZR-19. Trustee investigated perfection of lien on Polaris RZR-19. Lender was not perfected. Per court order, Trustee sold Asset 8. Requested clerk issue claims bar date. Accountant is to determine if estate tax return is needed. To review claims and prepare TFR.

**Initial Projected Date Of Final Report (TFR):** January 30, 2021  
**Current Projected Date Of Final Report (TFR):** February 28, 2021

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 19-41464-7 DLS
**Case Name:** VULGAMORE, NICOLAS CHARLES
VULGAMORE, AMANDA RENEE
**Taxpayer ID #:** **-***0459
**Period Ending:** 09/30/20

**Trustee:** DARCY D. WILLIAMSON (360070)
**Bank Name:** Metropolitan Commercial Bank
**Account:** ******2037 - Checking Account
**Blanket Bond:** $23,148,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 04/27/20 | {8} | Bud Palmer Auction | Payment on Sale of Polaris ATV | | 1129-000 | 13,615.00 | | 13,615.00 |
| 04/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | | 2600-000 | | 5.00 | 13,610.00 |
| 05/08/20 | 101 | Bud Palmer Auction | Auctioneer Commissson and Expenses | | | | 2,492.25 | 11,117.75 |
| | | | auctioneer commission | 2,042.25 | 3610-000 | | | 11,117.75 |
| | | | Pick up expenses | 400.00 | 3620-000 | | | 11,117.75 |
| | | | Advertising | 50.00 | 3620-000 | | | 11,117.75 |
| 05/29/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | | 2600-000 | | 18.90 | 11,098.85 |
| 06/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | | 2600-000 | | 18.92 | 11,079.93 |
| 07/27/20 | {21} | Nicholas Vulgamore | estate portion of 2019 tax refunds | | 1124-000 | 6,381.72 | | 17,461.65 |
| 07/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | | 2600-000 | | 19.65 | 17,442.00 |
| 08/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | | 2600-000 | | 26.94 | 17,415.06 |
| 09/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | | 2600-000 | | 29.69 | 17,385.37 |
| | | | **ACCOUNT TOTALS** | | | 19,996.72 | 2,611.35 | **$17,385.37** |
| | | | Less: Bank Transfers | | | 0.00 | 0.00 | |
| | | | **Subtotal** | | | 19,996.72 | 2,611.35 | |
| | | | Less: Payments to Debtors | | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | | **$19,996.72** | **$2,611.35** | |

{} Asset reference(s)

Printed: 10/27/2020 01:47 PM    V.20.26

# Form 2
## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 19-41464-7 DLS | **Trustee:** DARCY D. WILLIAMSON (360070) |
| **Case Name:** VULGAMORE, NICOLAS CHARLES | **Bank Name:** Metropolitan Commercial Bank |
| VULGAMORE, AMANDA RENEE | **Account:** ******2037 - Checking Account |
| **Taxpayer ID #:** **-***0459 | **Blanket Bond:** $23,148,000.00 (per case limit) |
| **Period Ending:** 09/30/20 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******2037** | 19,996.72 | 2,611.35 | 17,385.37 |
| | $19,996.72 | $2,611.35 | $17,385.37 |

{} Asset reference(s)

Printed: 10/27/2020 01:47 PM    V.20.26